JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOSHE LEICHNER, | ) | No. EDCV 09-6-JFW(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: September 12, 2013

_____
JOHN F. WALTER
United States District Judge